■ STEPHANIE ARBASAK, an Infant, by JOSEPH ARBASAK,

Her Father and Natural Guardian, et al., Appellants, v GREGORY T. MICHALAK, Respondent. (Appeal No. 2.)—Appeal from order insofar as it denied reargument unanimously dismissed *(see, Gifaldi v Dumont Co.* ([appeal No. 1] 172 AD2d 1025 [decided herewith]); order otherwise affirmed without costs. (Appeal from Order of Supreme Court, Genesee County, Graney, J.—Reargument/Renewal.) Present—Doerr, J. P., Boomer, Green, Pine and Davis, JJ.